■ In the Matter of KAYVONNE S. and Others, Children Alleged to be Neglected. GERALDINE S., Appellant; COMMISSIONER OF SOCIAL SERVICES OF THE CITY OF NEW YORK, Respondent. [740 NYS2d 873] —Appeal from orders of disposition, Family Court, Bronx County (Allen Alpert, J.), entered on or about May 14, 1998, which, upon findings of neglect, placed the subject children in the custody of the Commissioner of Social Services for a period of 12 months, unanimously dismissed as moot, without costs.

The appeal is moot, the orders brought up having expired and subsequent orders extending placement having been entered (*see, Matter of Rosalie C.*, 254 AD2d 40). Concur—Andrias, J.P., Sullivan, Wallach, Rubin and Gonzalez, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARD ALEXANDER, Appellant. [740 NYS2d 873] —Judgment, Supreme Court, New York County (George Daniels, J.), rendered March 23, 1999, convicting defendant, after a jury trial, of robbery in the first degree, criminal possession of a weapon in the third degree (two counts), and criminal possession of a controlled substance in the seventh degree, and sentencing him, as a second felony offender, to an aggregate term of 15 years, unanimously affirmed.

The court properly permitted the People to introduce uncharged crimes evidence on the issue of identity because of the unique modus operandi common to the charged and uncharged crimes, featuring close geographic links as well as the perpetrator's pattern of requesting that the taxi driver-victims stop to permit him to buy marijuana, which defendant invariably referred to as "weed" (*see, People v Beam*, 57 NY2d 241, 251-253). The probative value of this evidence outweighed any prejudice to defendant, which was minimized by the court's limiting instructions.

We have considered and rejected the claims contained in defendant's pro se supplemental brief. Concur—Andrias, J.P., Sullivan, Wallach, Rubin and Gonzalez, JJ.